**Order entered February 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01127-CV

### IN THE INTEREST OF R.M., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02593-2018**

# ORDER

We **GRANT** appellant's January 31, 2019 past due motion for extension of time to file appellant's brief and **ORDER** appellant's brief filed as of January 31, 2019. Appellees' briefs are due **March 4, 2019.**

/s/     DAVID J. SCHENCK
        PRESIDING JUSTICE